UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All Cases | Master Docket 18-md-02865 (LAK) |

### STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER OR RESPOND TO NEW AND AMENDED COMPLAINTS FILED BY PLAINTIFF SKATTEFORVALTNINGEN

IT IS HEREBY STIPULATED AND AGREED by and between Skatteforvaltningen ("SKAT") and all defendants in these actions (the "Consolidated Defendants") that the period of time for the Consolidated Defendants each to answer or otherwise respond to any new or amended complaints filed by SKAT pursuant to the Court's Order dated April 13, 2020 (Doc. No. 317) under FRCP Rule 12 or Rule 15, as the case may be, shall be extended to and include Monday, June 29, 2020, unless and to the extent a defendant required to accept service fails to provide a waiver thereof pursuant to Rule 4(d).

This is the parties' first request to modify the time for answering or responding to these new and amended complaints.

Dated: May 1, 2020

By: /s /Marc A. Weinstein  
    Marc A. Weinstein  
    HUGHES HUBBARD & REED LLP  
    One Battery Park Plaza  
    New York, New York 10004  
    Tel: (212) 837-6000  
    marc.weinstein@hugheshubbard.com

*On behalf of Plaintiff Skatteforvaltningen*

By: /s /Mark D. Allison  
    Mark D. Allison  
    CAPLIN & DRYSDALE, CHARTERED  
    600 Lexington Avenue, 21st Floor  
    New York, New York 10022  
    Tel: (212) 379-6000  
    mallison@capdale.com

*On behalf of the Consolidated Defendants*

SO ORDERED:

_____  
Hon. Lewis A. Kaplan  
United States District Judge

5/14/2020