UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-05299. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action captioned *SKAT v. The Petkov Partners Pension Plan, et al.*, No. 18-cv-05299, is dismissed as against Defendants The Petkov Partners Pension Plan and Svetlin Petkov with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger Lehman in the action captioned *SKAT v. The Petkov Partners Pension Plan, et al.*, No. 18-cv-05299. This stipulation is signed by counsel for all parties who have appeared.

Dated: New York, New York
      May 19, 2023

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
    Joseph LoPiccolo
POULOS LOPICCOLO PC
311 West 43rd St., 11th Fl., Ste. 124
New York, NY 10036
Telephone : (646) 931-0011
Fax : (732) 358-0180
lopiccolo@pllawfirm.com

*Counsel for Defendants The Petkov Partners Pension Plan, Svetlin Petkov, and Roger Lehman*

SO ORDERED:

_____
    Lewis A. Kaplan
    United States District Judge